IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENDERSON, SR, ) | |
| ) | |
| Plaintiff(s), ) | No C 05-3268 VRW (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| OAKLAND POLICE DEP'T, et al, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

      Per order filed on January 20, 2006, the court dismissed plaintiff's complaint with leave to amend within 30 days. The court explained that the pleading must be simple and concise, and warned plaintiff that failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

      More than 40 days have elapsed. However, plaintiff has not filed a proper amended complaint, or sought an extension of time to do so. The action is DISMISSED.

      The clerk shall close the file and terminate all pending motions as moot.

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge